UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19mj-7447-SPM |
| **HAMMED AKANDE,** | ) |
| | ) |
| Defendant. | ) |

## **ENTRY OF APPEARANCE**

    Comes now, Steven E. Sokolik and hereby enters his appearance as counsel for the Defendant.  Counsel respectfully requests that all pleadings, discovery and correspondence be directed to the undersigned.


                         Respectfully submitted,

                         /S STEVEN E. SOKOLIK
                        Steven E. Sokolik, 46134MO
                        Attorney for Defendant
                        7700 Bonhomme ave, Ste. 350
                        Clayton, Missouri 63105
                        (314) 795-3479 fax 727-8529

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically this 18th day of November 2019, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

/S STEVEN E. SOKOLIK
Steven Sokolik, 46134MO
Attorney for Defendant