RECEIVED JUN 10 2020 BY MAIL

Your Honor,

I am Hammed Akande, In all sincerity I take full responsibilty for my actions. I am very remorseful for people and lives of the families I have affected due to my actions. I am sincerely apologetic for the crime I have committed. My bad decision making have also affected the life of my family, my wife, and my step daughter and my little son, he is only 2, I am very sorry for that also. I plan on taking full advantage of the programs and services the bureau of prisons and the probation officer provide me to improve my life, be a better person, a better father, a more reputable member of the society and the country as a whole. I promise to follow all rules set forth by your court and follow all the what my probation officer is asked of me. I am truly sorry for my actions your honor.



The Honorable
Audrey G. Fleissig BY MAIL
111 south tenth street
St louis, MO 63102-1116

Howard Akande
1108 Marion City Rd.
Palmyra, MO
63461