UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**HAMMED AKANDE,** )<br>)<br>Defendant. ) | Case No. 4:19CR-00960 AGF-NAB |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

COMES NOW, Defendant, Hammed Akande, by and through his attorney, Steven E. Sokolik, and requests that this matter be continued for Sentencing as Defendant requests an in person sentencing hearing and does not want a video sentencing hearing.

Respectfully submitted,

 /S STEVEN E. SOKOLIK
Steven E. Sokolik, 46134MO
Attorney for Defendant
7700 Bonhomme ave, Ste. 350
Clayton, Missouri 63105
(314) 795-3479 fax 727-8529

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically this 4th day of August 2020, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

/S STEVEN E. SOKOLIK
Steven Sokolik, 46134MO
Attorney for Defendant